cal____

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: CHARLES BENJAMIN FOWLER v. EVANS (Warden)    CASE NO: 06-CV-2551-JM (JMA)

HON. JAN M. ADLER                                        CT. DEPUTY RHEA RHONE

Present:

Plaintiff(s):

Defendant(s):

PROCEEDINGS:  __X__ In Chambers  _____ In Court  _____ Telephonic

Petitioner's Application for Leave to File an Oversized Traverse is hereby GRANTED.

DATE: March 1, 2007                                      INITIALS: ____ Deputy

*JAN M. ADLER*