# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BENJAMIN FOWLER,<br><br>Petitioner,<br>vs.<br>MIKE EVANS, Warden, et al.,<br><br>Respondent. | CASE NO. 06 CV 2551 JM (POR)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Petitioner, proceeding pro se, filed a § 2254 habeas petition on November 15, 2006. He challenges his December 1, 2003 conviction on ten counts of robbery and one count of attempted robbery. On September 21, 2007, Magistrate Judge Louisa S. Porter issued a Report and Recommendation ("R&R") recommending that the court deny the § 2254 petition and dismiss the action with prejudice. Petitioner filed timely objections to which Respondent did not reply.

In his objections, Petitioner merely states that he objects to the R&R. He raises no arguments and offers no reasoned basis to decline to adopt the R&R. Having carefully considered the thorough and thoughtful R&R, the record before the court, the absence of any specific or substantive objections to the R&R, and applicable authorities, the court adopts the R&R in its entirety. The petition for writ of habeas corpus is therefore **DENIED** and the action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: January 2, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties